1  ALDEN J. PARKER, SBN 196808
   Email: aparker@fisherphillips.com
2  GREGORY L. BLUEFORD, SBN 302628
   Email: gblueford@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
4  Sacramento, California 95814
   Telephone: (916) 210-0400
5  Facsimile: (916) 210-0401

6  Attorneys for Defendants
   DENTSPLY SIRONA INC.,
7  DENTSPLY IH INC. and JOSH MCNUTT

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 AHMAD FAROOQI,                          Case No: 2:20-cv-02363-TLN-JDP

13            Plaintiff,

14     vs.                                 **JOINT STIPULATION AND ORDER TO
                                           AMEND SCHEDULING ORDER RE:
                                           DISCOVERY DEADLINES**
15 DENTSPLY SIRONA INC, a Delaware
   Corporation, DENTSPLY IH INC., a Delaware
16 Corporation; JOSH MCNUTT, an individual;
   and DOES 1 through 50, inclusive,
17                                         Complaint Filed: September 21, 2020
              Defendants.                  Removal Filed: November 25, 2020
18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED AND AGREED, between the Parties through their counsel of
2  record as follows:

3    WHEREAS, on November 25, 2020, the Court entered an Initial Pretrial Scheduling Order (Dkt.
4  4) which provided, in relevant part, "All discovery, with the exception of expert discovery, shall be
5  completed no later than two hundred forty (240) days from the date upon which the last answer may be
6  filed with the Court pursuant to the Federal Rules of Civil Procedure. In this context, "completed" means
7  that all discovery shall have been conducted so that all depositions have been taken and any disputes
8  relative to discovery shall have been resolved by appropriate order if necessary, and where discovery
9  has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the
10  magistrate judge's calendar in accordance with the Local Rules."

11    WHEREAS, the last answer was filed on March 4, 2021 by individual defendant Josh McNutt.
12  Therefore, the deadline to complete discovery is currently November 1, 2021.

13    WHEREAS, the parties have exchanged written discovery and have identified five initial
14  deponents. However, the parties are still in the process of scheduling those depositions on mutually
15  agreeable dates for both counsel and the deponents.

16    WHEREAS, while working amicably towards completing depositions prior to the November 1,
17  2021 discovery cutoff, have determined that it will not be possible to do so and that an extension of the
18  discovery deadline will be beneficial to both Plaintiff and Defendants.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

1    THEREFORE, good cause having been shown, the parties stipulate and respectfully request that

2  the Court amend its scheduling order and set the discovery deadline, with the exception of expert

3  discovery, to May 1, 2022. The Parties will track the Court's instructions and timeline in the Initial

4  Pretrial Scheduling Order for completing all discovery of expert witnesses and dispositive motions.

5    IT IS SO STIPULATED.

6

7  Dated: September 20, 2021                    FISHER & PHILLIPS LLP

8

9                                       By: */s/ Gregory L. Blueford*
                                        ALDEN J. PARKER
10                                      GREGORY L. BLUEFORD

11                                      Attorneys for Defendants
                                        DENTSPLY SIRONA INC.,
12                                      DENTSPLY IH INC. and JOSH MCNUTT

13

14  Dated: September 20, 2021                    WEBBER LAW GROUP, P.C.

15

16                                      By: */s/ Kelsey A. Webber*
                                        *[as authorized on 9/20/21]*
17                                      KELSEY A. WEBBER

18                                      Attorneys for Plaintiff
                                        AHMAD FAROOQI

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Having reviewed the Parties Joint Stipulation and GOOD CAUSE APPEARING THEREFROM, the Court hereby orders as follows:

1.      The Parties' Stipulation is **GRANTED**;

2.      Discovery deadlines are as follows:

(a)     Fact Discovery Cut-off: April 29, 2022;

(b)     Expert Disclosure: July 1, 2022;

(c)     Supplemental/Rebuttal Expert Disclosure: September 2, 2022;

3.      Expert Discovery Cut-off:  The Parties will follow the Court's instruction in the Initial Pretrial Scheduling Order to complete all discovery of expert witnesses in a timely manner to comply with the Court's deadline for filing dispositive motions.

4.      Last Day to File Dispositive Motions: October 26, 2022.

IT IS SO ORDERED.

Dated: September 21, 2021

Troy L. Nunley
United States District Judge

JOINT STIPULATION AND ORDER TO AMEND
SCHEDULING  ORDER RE: DISCOVERY DEADLINES